# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN L. BROWN,** : | CIVIL ACTION NO. 1:15-CV-0918 |
| **Plaintiff** : | |
| : | **(Chief Judge Conner)** |
| v. : | |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, DEPARTMENT** : | |
| **OF CORRECTIONS,** *et al.*, : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 27th day of December, 2018, upon consideration of the defendants' concurred in motion (Doc. 57) to stay remaining deadlines, it is hereby ORDERED that said motion is GRANTED. This case is removed from the March 2019 trial calendar and the remaining pretrial schedule is suspended, pending resolution of defendants' motion (Doc. 52) for summary judgment. The court shall issue a revised pretrial and trial schedule, if necessary, following disposition of the pending motion for summary judgment.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania