# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN L. BROWN,** | : | Civil No. 1:15-CV-918 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **COMMONWEALTH OF PENNSYLVANIA, DEPT. OF CORRECTIONS, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this 21st day of July 2021, in a accordance with the accompanying Memorandum Opinion, IT IS ORDERED that judgment is entered in favor of the defendants in the above-captioned case and the clerk is directed to close this file..

                                                *S/Martin C. Carlson*
                                                Martin C. Carlson
                                                United States Magistrate Judge